# Court of Appeals
# of the State of Georgia

ATLANTA, April 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0043. IN RE: CYNTHIA LAIN.**

On April 4, 2018, the State Court of Henry County issued a bench warrant for Cynthia Lain arising from her failure to appear. Lain then filed a motion for supersedeas, seeking to have the state court stay its order pending Lain's appeal of the state court's contempt order. The trial court did not grant the supersedeas motion. Lain then filed the instant emergency motion under OCGA § 9-11-62 (e) and Court of Appeals Rule 40 (b).

After reviewing the exhibits filed with Lain's motion, we conclude that Lain is entitled to the relief sought. The emergency motion for supersedeas is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*